UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LASHAWN JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-01487-JMS-TAB |
| | ) |
| SAM'S EAST, INC. | ) |
| d/b/a SAM'S DISTRIBUTION CENTER DC 8232, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Consistent with the Court's order of June 10, 2021 dkt [37] and based on the notice filed by Defendant dkt [40] this cause is hereby dismissed with prejudice.

Date: 8/10/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Zachary A. Ahonen
JACKSON LEWIS PC (Indianapolis)
zachary.ahonen@jacksonlewis.com

Jay Meisenhelder
JAY MEISENHELDER EMPLOYMENT & CIVIL RIGHTS LEGAL SERVICES PC
jaym@ecrls.com

Michael Carl Mohler
JACKSON LEWIS PC (Indianapolis)
michael.mohler@jacksonlewis.com

Susan M. Zoeller
JACKSON LEWIS PC (Indianapolis)
susan.zoeller@jacksonlewis.com